JOHN W. HUBER, United States Attorney (No. 7226)
ROBERT A. LUND, Assistant United States Attorney (No. 9579)
KARIN FOJTIK, Assistant United States Attorney (No. 7527)
ALICIA H. COOK, Trial Attorney, U.S. Department of Justice (No. 8851)
MARK K. VINCENT, Assistant United States Attorney (No. 5357)
PATRICK T. MURPHY, Trial Attorney, U.S. Department of Justice (NY Bar #2750602)
ADAM L. SMALL, Trial Attorney, U.S. Department of Justice (MD Bar)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-CR-00057-DB |
| Plaintiff, | **GOVERNMENT'S MOTION TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER** |
| vs. | |
| RON ROCKWELL HANSEN, | |
| Defendant. | District Judge Dee Benson<br>Chief Magistrate Judge Paul M. Warner |

COMES NOW, the United States of America, by and through the undersigned

Assistant United States Attorney, and hereby requests that the Court designate a Classified

Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures

Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under

---

[1] In the original Security Procedures, the title of the position was Court Security Officer.  In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the United States submits the following:

1.      The instant case involves classified information.  To assist the court and court personnel in the handling of any motions pursuant to CIPA and implementing any orders relating to classified matters, the United States requests that the court designate Winfield S. "Scooter" Slade as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

2.      The United States further requests that the court designate the following persons as Alternate an CISO, to serve in the event Mr. Slade is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, and Maura L. Peterson.

         DATED this 21st Day of June 2018.

                                        JOHN W. HUBER
                                        United States Attorney

                                        */s/ Robert A. Lund*_____
                                        ROBERT A LUND
                                        Assistant United States Attorney