JOHN W. HUBER, United States Attorney (No. 7226)
ROBERT A. LUND, Assistant United States Attorney (No. 9579)
KARIN FOJTIK, Assistant United States Attorney (No. 7527)
ALICIA H. COOK, Trial Attorney, U.S. Department of Justice (No. 8851)
MARK K. VINCENT, Assistant United States Attorney (No. 5357)
PATRICK T. MURPHY, Trial Attorney, U.S. Department of Justice (NY Bar #2750602)
ADAM L. SMALL, Trial Attorney, U.S. Department of Justice (MD Bar)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RON ROCKWELL HANSEN, Defendant. | Case No. 1:18-CR-00057-DB **GOVERNMENT'S NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION** District Judge Dee Benson Chief Magistrate Judge Paul M. Warner |

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides notice to defendant, Ron Rockwell Hansen, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), *as amended*, 50 U.S.C. §§ 1801-1812 and 1821-1829.

DATED this 21st Day of June 2018.

                                JOHN W. HUBER
                                United States Attorney

                                */s/ Robert A. Lund*_____
                                ROBERT A. LUND
                                Assistant United States Attorney