SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
DAPHNE A. OBERG, Assistant Federal Public Defender (#11161)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

JAMI JOHNSON, Assistant Federal Public Defender
New York State Bar #4823373
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF ARIZONA

Attorneys for Defendant
_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RON ROCKWELL HANSEN,<br><br>Defendant. | **DEFENDANT'S POSITION WITH RESPECT TO PRESENTENCE REPORT**<br><br>Case No 1:18-cr-57-DB<br><br>Honorable Dee Benson |

Defendant, Ron Rockwell Hansen, through counsel, Daphne A. Oberg, files this position statement under DUCrimR 32-1(b) of the local rules. After reviewing the Presentence Report prepared by the United States Probation Office, Mr. Hansen does not dispute any sentencing factors contained in report.

DATED this 19th day of September, 2019.

                                                      */s/ Daphne A. Oberg*
                                                      DAPHNE A. OBERG
                                                      Assistant Federal Public Defender