# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
## COURT CASE NUMBER: 1:18CR00057 DB; NOTICE OF FORFEITURE

Notice is hereby given that on September 24, 2019, in the case of <u>U.S. v. Ron Rockwell Hansen</u>, Court Case Number 1:18CR00057 DB, the United States District Court for the District of Utah entered an Order condemning and forfeiting the following property to the United States of America:

Misc. Computer Equipment See Items List (19-FBI-006530), including the following items: 1 Apple iPad Pro 9.7, Ser No: Unknown; 1 Apple iPad Air 2, Ser No: Unknown; 1 Dell Tablet, Ser No: Unknown; 1 Samsung Galaxy S5, Ser No: 353502069462586; 1 Acer Tablet, Ser No: Unknown; 1 Samsung Galaxy Avant, Ser No: Unknown; 1 Western Digital Hard Drive, Ser No: WXHZ07474219; 1 HP Flash Memory, Ser No: Unknown; 1 San Disk Flash Memory Cruzer, Ser No: Unknown; 1 Flash Memory Logicube "Chinese Version", Ser No: Unknown; 1 Seagate Hard Drive 3.5 HDD, Ser No: 6RY0BBTS; 1 Samsung Flip Phone, Ser No: RPPSC33708; 1 USB Bracelet "UFED Series" Cellebrite, Ser No: Unknown; 1 Seagate Hard Drive 2.5 HDD, Ser No: 6WS10CYB; 1 Seagate Hard Drive 2.5 HDD, Ser No: 5YX08N69; 1 PNY 32 GB Blue USB Thumb Drive, Ser No: Unknown; 1 Apple iPod Touch A1367, Ser No: Unknown; 1 Lenovo X61, Ser No: LV-R5YR9; 1 Centon USB Thumb Drive, Ser No: Unknown; 1 Kingston USB Thumb Drive, Ser No: Unknown; 1 Western Digital Hard Drive "My Passport", Ser No: WXJ1SB105288; 1 Apple Mac Book with Nuvestack Label, Ser No: C02GY1NXDV7P; 3 USB Thumb Drives, Ser No: Unknown; 1 Apple MacBook Air, Ser No: Unknown; 1 Think Client, Ser No: Unknown; 1 Samsung Galaxy S5, Ser No: Unknown; 1 Micro SD from Samsung Galaxy S5, Ser No: Unknown which was seized from Ron Rockwell Hansen on March 15, 2019 at 1409 Galloway Pl, located in Syracuse, UT

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 26, 2019) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 351 S. West Temple, Salt Lake City, UT 84101, and a copy served upon Assistant United States Attorney Cy H. Castle, 111 South Main Street, Suite 1800, Salt Lake City, UT  84111.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of

such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Cy H. Castle, 111 South Main Street, Suite 1800, Salt Lake City, UT  84111.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.